### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**SHERRY S. CARLISLE**<br>                    **DEBTOR** | **BANKRUPTCY NO. 17-13141**<br><br>**CHAPTER NO. 13** |
|---|---|

### CERTIFICATE OF SERVICE

     I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Debtor's Amended Schedule J and Amended Summary of Schedules via electronic means and/or first class mail on this 25th day of September 2017 upon the following parties:

Chapter 13 Trustee
Frederick Reigle
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

 

                                                                      Lau & Associates, P.C.
                                                                      ***/s/Shawn J. Lau***
                                                                      Shawn J. Lau, Esquire
                                                                      4228 St. Lawrence Avenue
                                                                      Reading, PA 19606
                                                                      610-370-2000 Phone
                                                                      610-370-0700 Fax