# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>SHERRY S. CARLISLE<br>　　　　DEBTOR | BANKRUPTCY NO. 17-13141<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

　　AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Sherry S. Carlisle, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

　　ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,725.50 in compensation of legal fees and $330.60 reimbursement of expenses from March 30, 2017 through and including November 8, 2017.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: December 6, 2017**　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Richard E. Fehling
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge