United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13141-ref
Sherry S. Carlisle                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Sherry S. Carlisle,    414 Arlington St,    Reading, PA 19611-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Sherry S. Carlisle shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>SHERRY S. CARLISLE<br>     DEBTOR | BANKRUPTCY NO. 17-13141<br><br>CHAPTER NO. 13 |
|---|---|

### **ORDER**

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Sherry S. Carlisle, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $2,725.50 in compensation of legal fees and $330.60 reimbursement of expenses from March 30, 2017 through and including November 8, 2017.

**Date: December 6, 2017**

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge