| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-13141-PMM

SHERRY S. CARLISLE  
414 ARLINGTON ST  
READING  PA    19611

Petition Filed Date: 05/02/2017  
341 Hearing Date: 06/13/2017  
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $390.00 | 413557 | 02/08/2019 | $390.00 | 413958 | 03/06/2019 | $390.00 | 414350 |
| 04/04/2019 | $390.00 | 414805 | 05/06/2019 | $390.00 | 415234 | 06/04/2019 | $390.00 | 415616 |
| 07/08/2019 | $390.00 | 415941 | 08/05/2019 | $390.00 | 416346 | 09/04/2019 | $390.00 | 416724 |
| 10/02/2019 | $390.00 | 417087 | 11/05/2019 | $390.00 | 417482 | 12/04/2019 | $390.00 | 417871 |
| 01/03/2020 | $390.00 | 418223 | 01/31/2020 | $390.00 | 418596 | 03/03/2020 | $390.00 | 419031 |
| 03/31/2020 | $390.00 | 419409 | 05/04/2020 | $390.00 | 419711 | 06/05/2020 | $390.00 | 420057 |
| 07/06/2020 | $390.00 | 420310 | 08/05/2020 | $390.00 | 420699 | | | |

**Total Receipts for the Period: $7,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,365.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Secured Creditors | $1,959.00 | $1,238.19 | $720.81 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Mortgage Arrears | $15,677.30 | $9,908.83 | $5,768.47 |
| 3 | SHAWN J LAU ESQ<br>»» 003 | Attorney Fees | $1,646.10 | $1,646.10 | $0.00 |

**Chapter 13 Case No. 17-13141-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,365.00 | Current Monthly Payment: | $374.56 |
| Paid to Claims: | $12,793.12 | Arrearages: | ($495.40) |
| Paid to Trustee: | $1,220.88 | Total Plan Base: | $21,735.36 |
| Funds on Hand: | $351.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.