| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-13141-PMM

SHERRY S. CARLISLE
414 ARLINGTON ST
READING  PA    19611

Petition Filed Date: 05/02/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $390.00 | 418223 | 01/31/2020 | $390.00 | 418596 | 03/03/2020 | $390.00 | 419031 |
| 03/31/2020 | $390.00 | 419409 | 05/04/2020 | $390.00 | 419711 | 06/05/2020 | $390.00 | 420057 |
| 07/06/2020 | $390.00 | 420310 | 08/05/2020 | $390.00 | 420699 | 09/08/2020 | $390.00 | 19134959664 |
| 10/06/2020 | $390.00 | 19166983348 | 11/05/2020 | $390.00 | 421510 | 12/08/2020 | $365.00 | 421808 |
| 01/11/2021 | $365.00 | 422032 | 02/09/2021 | $365.00 | 19224057484 | 03/10/2021 | $365.00 | 1769741973 |
| 04/13/2021 | $365.00 | 1769743458 | 05/11/2021 | $365.00 | 423013 | 06/03/2021 | $365.00 | 423237 |

**Total Receipts for the Period: $6,845.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ONE MAIN FINANCIAL<br>»»  001 | Secured Creditors | $1,959.00 | $1,621.76 | $337.24 |
| 2 | PA HOUSING FINANCE AGENCY<br>»»  002 | Mortgage Arrears | $15,677.30 | $12,978.41 | $2,698.89 |
| 3 | SHAWN J LAU ESQ<br>»»  003 | Attorney Fees | $1,646.10 | $1,646.10 | $0.00 |

**Chapter 13 Case No. 17-13141-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,090.00 | Current Monthly Payment: | $374.56 |
| Paid to Claims: | $16,246.27 | Arrearages: | ($474.80) |
| Paid to Trustee: | $1,515.23 | Total Plan Base: | $21,735.36 |
| Funds on Hand: | $328.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.