Certificate Number: 17572-PAE-DE-036514581

Bankruptcy Case Number: 17-13141



17572-PAE-DE-036514581

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2022, at 11:13 o'clock AM PDT, Sherry Carlisle completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 1, 2022                              By:     /s/Leigh-Anna M Thompson

                                                 Name:   Leigh-Anna M Thompson

                                                 Title:  Counselor